**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARY BILEK, *individually and on behalf of all others similarly situated*, | ) ) ) | |
| Plaintiffs, | ) ) | Case No.  1:21-cv-01651 |
| v. | ) ) ) | Judge Elaine Bucklo<br>Hon. Magistrate Judge Heather K. McShain |
| FEDERAL INSURANCE COMPANY d/b/a CHUBB, | ) ) ) | |
| Defendant. | ) | |

### NON-PARTY BENEFYTT TECHNOLOGIES, INC.'S MOTION TO QUASH

Non-party Benefytt Technologies, Inc. ("Benefytt"), by and through undersigned counsel, hereby moves to quash Plaintiff's March 6, 2023 subpoena to Benefytt. The grounds for this Motion are set forth in Benefytt's Memorandum of Law in Support of its Motion to Quash (the "Memorandum"), filed contemporaneously herewith.

WHEREFORE, for the foregoing reasons and those set forth in the Memorandum, Benefytt respectfully requests the Court (i) quash Plaintiff's subpoena; and (ii) award any other relief this Court deems equitable and just.

Dated: April 3, 2023

Respectfully submitted,

**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**

By: */s/ Mark S. Eisen*

Mark S. Eisen, Esq.
meisen@beneschlaw.com
Jamie N. Ward, Esq.
jward@beneschlaw.com
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois  60606
Telephone:  (312) 212-4949
Facsimile:  (312) 767-9192

*Counsel for Non-Party Benefytt Technologies, Inc.*