IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARY BILEK, *individually and on behalf of all others similarly situated*,  )<br>)<br>) | |
| Plaintiffs,  ) | Case No. 1:21-cv-01651 |
| )<br>v.  )<br>) | Judge Elaine Bucklo<br>Magistrate Judge Heather K. McShain |
| FEDERAL INSURANCE COMPANY d/b/a CHUBB,  )<br>)<br>) | |
| Defendant.  ) | |

**NON-PARTY BENEFYTT TECHNOLOGIES, INC.'S
UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES**

Non-party Benefytt Technologies, Inc. ("Benefytt"), by and through counsel of record, moves this Court for leave to file excess pages in connection with Benefytt's Memorandum in Support of its Motion to Quash, filed concurrently herewith. In support thereof, Benefytt respectfully states as follows:

1. Plaintiff Mary Bilek filed her First Amended Complaint on May 25, 2022. (Dkt. 76.) Plaintiff's claims concern phone calls she contends she received from an entity called Americas Health Center Inc. ("AHC") in 2017 and 2020, allegedly on behalf of Federal Insurance Company ("Chubb"), arising out of alleged improper internal do-not-call list practices. (*Id.* ¶¶ 9, 40-43.) As a result, Plaintiff brings claims against Chubb under the Telephone Consumer Protection Act ("TCPA") and Illinois' state analogue. (*Id.* ¶¶ 82-116.)

2. On March 6, 2023, Plaintiff served a subpoena on non-party Benefytt, among at least six other third party entities. (*See* Dkt. 132; *see also* Dkt. 117.) The subpoena broadly seeks documents from April 7, 2017 to the present regarding a wide scope of call data for all calls—including made by third parties—"in which a Federal/Chubb product or service was available to

be solicited"; documents relating to Chubb and its intermediaries, agents, telemarketers, or lead generators; Benefytt's do-not-call policies and procedures; and Benefytt's do-not-call list, among other requests.

3. Benefytt's Memorandum in Support of its Motion to Quash, filed concurrently herewith, exceeds the 15-page limit set by L.R. 7.1 and consists of 20 pages, excluding the cover page, tables, and signature.

4. In light of the broad scope of documents and information sought by Plaintiff's subpoena, and the long history of litigation between Benefytt and Plaintiff and Plaintiff's counsel, Benefytt respectfully requests that it be granted leave to file its Memorandum in Support of its Motion to Quash with five excess pages.

5. Benefytt has conferred with Plaintiff through counsel concerning its request for leave to file excess pages. Counsel for Plaintiff informed Benefytt that she does not oppose the relief requested herein if Benefytt does not oppose Plaintiff's request for leave to file up to 20 pages for Plaintiff's Opposition to Benefytt's Motion to Quash. Benefytt does not and will not oppose such a motion.

**WHEREFORE**, Benefytt respectfully requests that this Court (i) enter an order permitting Benefytt 20 pages for its Memorandum in Support of its Motion to Quash, as submitted concurrently herewith; and (ii) award any other relief this Court deems equitable and just.

Dated: April 3, 2023

Respectfully submitted,

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By: */s/ Mark S. Eisen*

Mark S. Eisen, Esq.
meisen@beneschlaw.com
Jamie N. Ward, Esq.
jward@beneschlaw.com
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192

*Counsel for Non-Party Benefytt Technologies, Inc.*