**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Mary Bilek

                        Plaintiff,

v.                                                       Case No.: 1:21–cv–01651
                                                                                Honorable Elaine E. Bucklo

Federal Insurance Company, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 3, 2024:

      MINUTE entry before the Honorable Heather K. McShain: Before the Court is the parties' joint motion [297] to extend all scheduling deadlines in this case by 5 months. The Court notes that the motion was timely filed before the current 05/31/2024 fact discovery deadline [226]. The parties propose the following new deadlines: Fact discovery to close 10/31/2024. Expert disclosures due 12/30/2024. Rebuttal expert disclosures due 01/30/2025. Expert discovery to be completed by 02/28/2025. Dispositive motions to be filed by 04/15/2025. In support, the parties argue that they have good cause to extend the case deadlines because they require additional time to complete fact discovery for the following reasons: (1) "both parties recently produced documents to complete or substantially complete their respective productions and those documents and data are being reviewed in preparation for party and third–party depositions;" (2) plaintiff's motion for protective order and sanctions [272, 273] remains pending before the Court and the Court's ruling will determine whether four individuals must be deposed; (3) Plaintiff "Bilek's counsel has stated that Bilek intends to include certain phone records produced to Bilek in another lawsuit to support Plaintiff's efforts to certify a class in this lawsuit" and Federal must determine whether additional fact discovery is necessary in response; and (iv) Bilek and Federal continue to confer about discovery issues, and jointly request additional time to try to resolve them without contested motion practice." However, plaintiff also indicates that she intends to file a renewed motion to compel the production of consent and call data. The parties assert that they have been diligent in pursuing discovery and that if the discovery deadlines are not extended, both parties will be prejudiced. For the reasons stated in the motion, the Court grants the parties' joint motion [297] to extend the case deadlines. Fact discovery to be completed by 10/31/2024. Expert disclosures due 12/30/2024. Rebuttal expert disclosures due 01/30/2025. Expert discovery to be completed by 02/28/2025. The Court notes that the district judge will set the dispositive motion deadline. Further joint status report due 07/12/2024 to update the Court on the progress of fact discovery. The parties may contact chambers at any time (by email to Chambers_McShain@ilnd.uscourts.gov) should they be interested in discussing settlement with the Court's assistance. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.