IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARY BILEK, | ) | |
| individually and on behalf of others similarly situated, | ) ) | Case No. 1:21-cv-01651 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| FEDERAL INSURANCE COMPANY d/b/a CHUBB, and DOES 1-10, | ) ) | Hon. Judge Elaine E. Bucklo Hon. Mag. Judge Heather K. McShain |
| Defendants. | ) | |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that Plaintiff, Mary Bilek ("Plaintiff"), and Defendant Federal Insurance Company ("Federal") have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation of Dismissal within the next forty-five (45) days. The Parties request that the Court stay all pending deadlines and hearings in this matter until the Stipulation of Dismissal is filed.

RESPECTFULLY SUBMITTED this 26th day of March, 2025.

                                                            Respectfully Submitted,

                                                            MARY BILEK, individually and on behalf of others similarly situated

                                                            By: */s/ Alexander H. Burke*
                                                           Alexander H. Burke
                                                           Burke Law Offices, LLC
                                                           909 Davis St., Suite 500
                                                           Evanston, IL 60201
                                                           Telephone: (312) 729-5288
                                                           aburke@burkelawllc.com

                                                           *Counsel for Plaintiff*

FEDERAL INSURANCE COMPANY

By: */s/ Rodney L. Lewis*
Rodney L. Lewis
Caitlin M. Mika
POLSINELLI PC
150 N. Riverside Plz., Suite 3000
Chicago, IL 60606
Telephone: (312) 819-1900
rodneylewis@polsinelli.com
cmika@polsinelli.com

Mark A. Olthoff
Elizabeth M. Marden
POLSINELLI PC
900 W. 48th Pl., Suite 900
Kansas City, MO 64112
Telephone: (816) 395-0620
molthoff@polsinelli.com
lmarden@polsinelli.com

Ashley Gould
POLSINELLI PC
2950 N. Harwood St., Suite 2100
Dallas, TX 75201
Telephone: (920) 334-0981
agould@polsinelli.com

Arthur J. McColgan, II
Jeremy D. Kerman
Christopher A. Wadley
Michael A. Mintzer
WALKER WILCOX MATOUSEK, LLP
1 N. Franklin St., Suite 3200
Chicago, IL 60606
Telephone: (312) 244-6700
amccolgan@walkerwilcox.com
jkerman@wwmlawyers.com
cwadley@walkerwilcox.com
mmintzer@walkerwilcox.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on March 26, 2025, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                                   */s/ Rodney L. Lewis*