**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARY BILEK, individually and on behalf of others similarly situated, | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:21-cv-01651 |
| v. | ) | |
| | ) | Hon. Judge Elaine E. Bucklo |
| FEDERAL INSURANCE COMPANY d/b/a CHUBB, and DOES 1-10, | ) ) | Hon. Mag. Judge Heather K. McShain |
| | ) | |
| Defendants. | ) | |

## <u>STIPULATION FOR DISMISSAL</u>

All parties hereby stipulate to dismissal of this action with prejudice, and without costs.

The claims of the putative uncertified class are dismissed without prejudice.

Dated: June 24, 2025

Respectfully submitted,

FEDERAL INSURANCE COMPANY

By: */s/ Rodney L. Lewis*
    Rodney L. Lewis
    Caitlin Martini Mika
    POLSINELLI PC
    150 North Riverside Plaza, Suite 3000
    Chicago, IL 60606
    Telephone: (312) 81B9-1900
    Email: rodneylewis@polsinelli.com
    Email: cmika@polsinelli.com

    Mark A. Olthoff
    Elizabeth M. Marden
    Polsinelli PC
    900 W. 48th Place, Suite 900
    Kansas City, MO 64112
    Telephone: (816) 395-0620
    Email:
    molthoff@polsinelli.commailto:
    Email: lmarden@polsinelli.com

    *Counsel for Defendant*

By: */s/ Arthur J. McColgan*
    Arthur J. McColgan, II
    WALKER WILCOX MATOUSEK, LLP
    1 N. Franklin St., Suite 3200
    Chicago, IL 60606
    Telephone: (312) 244-6700
    amccolgan@walkerwilcox.com

    *Counsel for Defendant*

MARY BILEK, individually and on behalf of others similarly situated

By: */s/ Alexander H. Burke*
    Alexander H. Burke
    BURKE LAW OFFICES, LLC
    909 Davis St., Suite 500
    Evanston, IL 60201
    Telephone: (312) 729-5288
    aburke@burkelawllc.com

    *Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on June 24, 2025, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to all counsel of record.

<span style="text-align: right;">*/s/ Alexander H. Burke*</span>